COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-16-00119-CR

Style:      Derek Baldit v. The State of Texas

Date motion filed[*]:      June 23, 2016

Type of motion:      Third Motion for Extension of Time to File Reporter's Record

Party filing motion:      Court Reporter Sandra Powell

Document to be filed:      Reporter's Record

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      March 14, 2016

     Number of extensions granted:    2      Current Due Date: June 10, 2016

     Date Requested:      June 29, 2016 (107 days from original deadline)

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: June 29, 2016.

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

   Because the court reporter's third extension request only seeks until June 29, 2016, to file the reporter's record, this extension is **granted**, but the reporter is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c). Accordingly, if the reporter's record is not filed by **June 29, 2016**, the Court may abate this appeal for the trial court to hold a show-cause hearing to determine whether **Sandra Powell** should be held in contempt. *See* TEX. R. APP. P. 37.3(a)(2).

Judge's signature: /s/ Evelyn Keyes

         x  Acting individually      ☐  Acting for the Court

Date: June 24, 2016